UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

          v.                            Civil No. 05-cv-178-JM

Land and Buildings Located at
1497 Union Street, Manchester,
New Hampshire, with all Appurtenances
and Improvements Thereon, owned by
Christopher Bouchard, et al


ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER:   #12, Motion of Attorney Beryl W. Cohen to Appear Pro Hac Vice, filed by Attorney Beryl Cohen

DATE FILED:        August 15, 2005

The document above fails to comply with:

LR 83.11(d)      Documents filed under seal must be appropriately sealed and marked. In accordance with our Local Rules, this document should have been filed with an affidavit, correct motion and fee of $50, none of which have been completed.


It is herewith ordered that the document is stricken, returned herewith to the submitting party, and must be refiled.


SO ORDERED.

September 8, 2005

                                              James R. Muirhead
                                              United States Magistrate Judge


cc:    Beryl Cohen, Esq.
        Robert Rabuck, AUSA