UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                                          Civil No. 05-cv-178-JM

Bedford, NH, 4 Meetinghouse Terrace


O R D E R

On October 27, 2005, an order granting a motion for Attorney Beryl Cohen to appear pro hac vice was granted on the condition that the attorney submit and ECF registration form within 10 days. That order has not been complied with. Therefore, your appearance will be stricken on December 22, 2005, for noncompliance.

      SO ORDERED.


December 12, 2005                                      /s/James R. Muirhead_____
                                                        James R. Muirhead
                                                        United States Magistrate Judge

cc:    Beryl Cohen, Esq.
        Robert Rabuck, AUSA
        George T. Campbell, III, Esq.
        William E. Christie, Esq.
        Michael J. Iacopino, Esq.
        Douglas J. Miller, Esq.
        Peter D. Anderson, Esq.
        R. Matthew Cairns, Esq.