UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                    Civil No. 05-cv-178-JD

 Bedford, NH, 4 Meetinghouse Terrace, et al


ORDER

Potential claimant, Edward Berthiaume, having failed to comply within the time and in the manner as directed by the order of February 17, 2006, by United States District Judge Joseph A. DiClerico, Jr. , and the order of October 11, 2005, by Magistrate Judge James R. Muirhead, is hereby dismissed from this action without prejudice.


By the Court,


March 13, 2006                       __/s/Joseph A. DiClerico, Jr._____
                                     Joseph A. DiClerico, Jr.
                                     United States District Judge

cc:    Victor Manougian, Esq.
       Peter Anderson, Esq
       Douglas J. Miller, Esq.
       Michael J. Iacopino, Esq.
       William E. Christie, Esq.
       R. Matthew Cairns, Esq.
       George T. Campbell, III, Esq.
       Edward Berthiaume, pro se