UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Land and Buildings Located at 4 Meetinghouse ) <br> Terrace, Bedford, NH, with all Appurtenances and ) <br> Improvements Thereon, owned by Edward Baroody ) <br> and Esther Baroody; ) <br> ) <br> One 2004 Silver Mercedes Benz E-55, Registered to ) <br> Christopher Bouchard, VIN # WDBUF76J44A552141, ) <br> AZ temporary plate D5A454; ) <br> ) <br> Defendants-in-Rem. ) <br> _____ ) | **Civil No. 05-178-JD** |

## ORDER FOR INTERLOCUTORY SALE

Having reviewed the Assented-To Motion for Interlocutory Sale of One 2004 Silver Mercedes Benz E-55, Registered to Christopher Bouchard, VIN # WDBUF76J44A552141, AZ temporary plate D5A454,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The defendant property, One 2004 Silver Mercedes Benz E-55, Registered to Christopher Bouchard, VIN # WDBUF76J44A552141, AZ temporary plate D5A454, shall be sold at an interlocutory sale pursuant to the terms set forth in the Assented-To Motion for Interlocutory Sale;

2. The claimants, Christopher Bouchard and Cash Time Title Loans, Inc., will execute promptly any documents which may be required to complete the interlocutory sale of the defendant property;

3. The purchase price of the defendant property will be a cash price;

4. The defendant property will be sold by EG&G Technical Services, Inc. ("EG&G"), contractor for United States Immigration and Customs Enforcement, in a commercially reasonable manner by EG&G.

5. The proceeds realized from the sale of the defendant property, once reasonable and necessary expenses are paid, shall be transmitted to the National Finance Center of the United States Immigration and Customs Enforcement, Department of Homeland Security, where it will be held under a unique sale number, and shall be substituted as the "res" for the defendant property in this proceeding. The proceeds (substitute res) shall be held by the National Finance Center of the United States Immigration and Customs Enforcement, Department of Homeland Security, pending further order of the Court.

6. In the event that proceeds are paid to Cash Time Title Loans, Inc., at the conclusion of the case, Cash Time Title Loans, Inc. reserves its rights under 28 U.S.C. § 2465.

Dated: April 4, 2006            /s/Joseph A. DiClerico, Jr.
                                Joseph A. DiClerico, Jr.
                                United States District Judge