UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                         Civil No. 05-cv-178-JD

<u>Land and Buildings Located
at 4 Meetinghouse Terrace,
Bedford, N.H., et al.</u>

<u>O R D E R</u>

In response to the court's order granting its motion to foreclose on property located at 1497 Union Street, Manchester, New Hampshire, Fremont Investment and Loan filed a proposed order, a letter to the Clerk of Court from Fremont's counsel, and a proposed order represented to be from the government.  Counsel represents in his letter that Fremont's proposed order had been circulated to counsel for Christopher Bouchard and the government and that Bouchard's counsel assented.[1]  Both the government and Bouchard object to Fremont's proposed order, however.

The government objects on the grounds that the proposed order filed by Fremont is not the same as the proposed order that was circulated to counsel and that the filed proposal includes an additional paragraph, not in the original proposal, and lacks sufficient detail.  Although the government states that it would submit its own proposed order, it did not file that document.

---

[1] Counsel for Fremont referenced Peter Anderson as Bouchard's counsel when William E. Christie is Bouchard's counsel of record in this case.

Bouchard objects to Fremont's proposed order on the ground that he and his counsel had not had an opportunity to review it.

Given the present confusion about Fremont's proposed order, Fremont's counsel, Victor Manougian, shall confer with counsel for Bouchard, William Christie, and the Assistant United States Attorney on this case, Robert J. Rabuck, about an appropriate proposed order.  If possible, the parties shall then file an assented-to proposed order.  If agreement is not possible, the non-assenting party or parties shall file separate proposed orders, each supported by a memorandum that explains the points of disagreement.

## Conclusion

For the foregoing reasons, the proposed order filed by Fremont (document no. 99) will not be considered as currently filed.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

October 4, 2006

cc:  Peter D. Anderson, Esquire
     R. Matthew cairns, Esquire
     George T. Campbell, III, Esquire
     William E. Christie, Esquire
     Michael J. Iacopino, Esquire
     Victor Manougian, Esquire
     Douglas J. Miller, Esquire
     Donald J. Perrault, Esquire
     Robert J. Rabuck, Esquire