UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-178-JD |
| | ) |
| Land and Buildings Located at 4 Meetinghouse Terrace, Bedford, NH, with all Appurtenances and Improvements Thereon, owned by Edward Baroody and Esther Baroody, et al., | ) ) ) ) |
| | ) |
| Defendants in Rem | ) |

## ORDER ON FREMONT INVESTMENT AND LOAN'S PARTIALLY ASSENTED-TO MOTION FOR LEAVE TO FORECLOSE ON REAL PROPERTY

IT IS HEREBY ORDERED AND DECREED:

1. The Motion of Fremont for Leave to Foreclose on Real Property is GRANTED

2. That the defendant in rem real property 1497 Union Street, Manchester, New Hampshire, be released to the first position mortgagee, Fremont Investment and Loans, to conduct and/or conclude a foreclosure sale pursuant to the terms of the Mortgage executed by Christopher Bouchard to Fremont Investment and Loans, on December 17, 2003, and that, at the request of the United States, Fremont Investment and Loans, shall render a full accounting regarding the foreclosure sale. Fremont is authorized to proceed with its eviction rights with respect to such property should Fremont, or its successor in interest, become the successful bidder at a foreclosure sale.

3. Fremont shall pay itself all that it is owed under the Mortgage out of the proceeds from the foreclosure sale. All other claims arising from mortgages, including that of MAK Investments, remain contested and shall not be paid pending further order of the Court.

4. Any remaining proceeds realized from the sale of the defendant property shall be remitted to the custody and control of National Finance Center of the United States Immigration and Customs Enforcement, Department of Homeland Security as a substitute *res* in this case, and held pending further order of the Court.

/s/Joseph A. DiClerico, Jr.
---
Honorable Joseph A. DiClerico, Jr.
United States District Court Judge

Dated: January 10, 2007